No. 1952. PEOPLE, APPELLEE, *v.* ORTIZ, APPELLANT.—District Court of Ponce. Violation of section 37 of the Excise-tax Law. Decided June 20, 1922. The complaint and the evidence were held to be sufficient and the only error assigned was not fundamental. *Modified and affirmed.*

No. 2798. TORRES, APPELLEE, *v.* CABALLERO, APPELLANT.—District Court of Arecibo. Accounting. Decided June 22, 1922. Motion by the appellee for dismissal. *Dismissed.*

No. 2802. GRATIOT ET AL., APPELLEES, *v.* HAGEN, APPELLANT.—Injunction. Decided July 6, 1922. The statement of the case had been approved, but the transcript was not filed in this court in time. *Dismissed.*

No. 26. ATTORNEY GENERAL, PETITIONER, *v.* FIRST DISTRICT COURT OF SAN JUAN, HON. CHARLES E. FOOTE, JUDGE, AND ARRILLAGA, DISTRICT ATTORNEY, RESPONDENTS.—Writ of prohibition. Decided July 13, 1922. Considering the decision of this date in certiorari No. 371, *People et al. v. District Court,* the writ was held to be unnecessary. *Writ discharged.*